OPINION — AG — THE BOARD OF EDUCATION OF A SCHOOL DISTRICT CAN LEGALLY OWN AND OPERATE A NEIGHBORHOOD FACILITIES BUILDING IN OKLAHOMA SO LONG AS ITS USE FOR AND SPONSORSHIP OF PROGRAMS AND ACTIVITIES ARE ORIENTED TO THE OPERATION OF" COMPLETE PUBLIC SCHOOL SYSTEM OF SUCH A CHARACTER AS THE BOARD OF EDUCATION SHALL DEEM BEST SUITED TO THE NEEDS OF THE SCHOOL DISTRICT." CITE: 70 O.S. 1961, 4-22 [70-4-22] (ROBERT N. NAIFEH) ** SEE: OPINION NO. 71-103 (1971) **